Date: 09/10/10

# DIVIDENDS REMITTED TO THE COURT

Check Number 2016 Dated 09/10/10

Case Number 09-44669 - TURK, JEFFREY ALLAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br>9833 | 000013 | 107.34 | 4.74 |
| ---------- Remittance Total ---------- | | 107.34 | 4.74 |

MICHAEL J. IANNACONE, Trustee